UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

THE INDEPENDENCE PROJECT, INC.
and RONALD MOORE,

      Plaintiffs,

vs.

LAKEHURST CIRCLE ASSOCIATES I, LLC, and
LAKEHURST CIRCLE ASSOCIATES II, LLC.

      Defendants.

Case No. 3:18-cv-13880-PGS-LHG

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation of Voluntary Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation of Voluntary Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendants, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _Trenton_ _N.J._, this _28_ day of _March_, 2019.

                                        _Peter N. [signature]_
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record